United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.   No. 3:24-mj-1353-PDB

PIN PING ZHENG,

   *Defendant.*

---

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.   No. 3:24-mj-1354-PDB

HUA YAOKE,

   *Defendant.*

---

## Order of Recusal

I recuse myself from proceedings in these related matters because a close family member represents a party or parties. The Clerk of Court must reassign these matters to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on August 19, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*